IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-126-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MALCOLM EARL BARNES, | ) | |
| | ) | |
| Defendant. | ) | |

On April 30, 2018, the court held a hearing concerning defendant's motion to suppress [D.E. 33]. At the end of the hearing, the court announced its findings of fact and conclusions of law. The findings of fact and conclusions of law are incorporated by reference. In sum, the motion to suppress [D.E. 33] is DENIED.

SO ORDERED. This 30 day of April 2018.

JAMES C. DEVER III
Chief United States District Judge